UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-00339

UNITED STATES f/u/b/o MILITARY
CONSTRUCTION CORPORATION d/b/a
MIL-CON ELECTRIC COMPANY,
a Florida corporation,

      Plaintiff,

v.

THE CINCINNATI INSURANCE
COMPANY, a foreign corporation,

      Defendant.
_____/

# COMPLAINT

Plaintiff, the United States for the use and benefit of Military Construction Corporation d/b/a MIL-CON Electric Company ("MIL-CON"), sues Defendant, The Cincinnati Insurance Company ("CIC"), and alleges:

1. This is an action to foreclose a claim against a Miller Act Payment Bond.

2. This Court has jurisdiction over this action pursuant to 40 U.S.C. § 3133.

3. Plaintiff, MIL-CON, is a Florida corporation.

4. Defendant, CIC, is a foreign corporation and a compensated surety authorized to issue surety bonds in the State of Florida. CIC can be served process through its Registered Agent, Florida Chief Financial Officer, 200 E. Gaines Street, Tallahassee, Florida 32399-0000.

5. Non-party Ashford Leebcor Enterprises, LLC ("Ashford"), is the general contractor on a project known as Project No. W912QR-18-C-0018, commonly known as Guardian Angel Facility, FY 18, Patrick Air Force Base, Florida, dated 12 February 2018, As Awarded 25 May 2018 to include Amendments 0001-0004 (the "Project"). The owner of the Project is the US Army Corps of Engineers ("USACE").

6. As required by the federal Miller Act, 40 U.S.C. § 3131(b)(2), Ashford, as principal, and CIC, as surety, issued a payment bond in the penal sum of $22,573,386.00, to secure payment to those furnishing labor and materials on the Project pursuant to a direct contract with Ashford - like MIL-CON - or as a sub-subcontractor (the "Bond"). A true copy of the Bond is attached as Exhibit 1.

7. On about 21 January 2019, Ashford entered a Subcontract Agreement ("Subcontract") with MIL-CON, for MIL-CON to furnish labor and materials for, generally, Divisions 01 – General Requirements, 02 – Existing Conditions, 26 – Electrical, 27 – Communications, and 28 – Electronic Safety and Security, of the specifications for the Project, as modified by change orders (the "Work").

8. The Project is located in Brevard County, Florida, which is within the Middle District of Florida. Thus, venue is proper in this Court in accordance with 40 U.S.C. § 3133(b)(3)(B).

9. All conditions precedent have been performed by MIL-CON, have occurred, or have been waived by Defendant.

## COUNT I
(Claim Against Miller Act Payment Bond)

10. MIL-CON realleges paragraphs 1 through 9 as if fully set forth herein.

11. MIL-CON satisfactorily performed the Work.

12. MIL-CON requested payment from Ashford for all of the labor and materials MIL-CON furnished in the performance of the Work on the Project. Ashford has failed and refused to pay MIL-CON in full for all of the labor and materials it furnished.

13. Ashford owes MIL-CON the principal amount of at least $209,516.13.

14. More than ninety (90) days but less than one (1) year has elapsed since MIL-CON last furnished labor and materials on the Project.

15. MIL-CON has suffered damages as a direct result of Ashford's failure to pay MIL-CON in full for all of the labor and materials it furnished.

16. CIC is obligated under the Bond to pay MIL-CON for the labor and materials it furnished, for which Ashford failed to pay MIL-CON.

WHEREFORE, the United States of America for the use and benefit of MIL-CON demands judgment against CIC for compensatory damages in the principal amount of at least $209,516.13, plus prejudgment interest, taxable costs, and such further relief as the Court deems just and proper.

Dated this 23rd day of March 2023.

        YOUNG FOSTER PLLC
        1600 S Federal Highway, Suite 570
        Pompano Beach, Florida 33062
        Telephone: 954.866.3570
        Telecopier: 954.866.3571
        daniel@youngfoster.com
        admin@youngfoster.com

*Counsel for United States f/u/b/o Military Construction Corporation d/b/a MIL-CON Electric Company*

By:   **s/Daniel Te Young**
       Daniel Te Young, Esq., B.C.S.
       Florida Bar No. 935387
       Trial Counsel